JUDGE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR19-5059 RJB |
| vs. | ) ORDER ON DEFENDANT'S |
| | ) MOTION TO CONTINUE PRE- |
| DAVID CONDADO-CARRANZA, | ) TRIAL MOTIONS CUTOFF DATE, |
| | ) PRETRIAL CONFERENCE AND |
| Defendant. | ) TRIAL DATE |

Before this Court is a motion to continue the pre-trial motions cutoff date set for March 18, 2019, the pretrial conference set for April 12, 2019 and the trial date scheduled for April 22, 2019.

There are over 1,000 pages of discovery, all of which is in English, along with various audio recordings, all of which are in Spanish, and additional time is needed to review all of the material, and to translate all printed documents for the defendant. Further, multiple trips to the FDC will be necessary to meet with the defendant to review discovery, with the assistance of an interpreter.

Mr. Condado-Carranza is aware of this motion, has no objection, and has filed a waiver of speedy trial.

AUSA Joseph Silvio is aware of this motion and has no objection to this request.

Counsel for defendant Luis Rincon-Solorio, Joseph B. Feldman, is aware of this motion and his client has filed a waiver of speedy trial.

Order on Defendant's Motion to Continue Pre-trial Motions
Cutoff and Trial Date - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

That the Court finds, after a consideration of all relevant information (including the declaration filed by Lance M. Hester in support of the motion for a continuance) and the circumstances of this case, that without this continuance the defendant will be prejudiced and the ability to properly prepare for trial would be impaired. Failure to grant a continuance under these circumstances would result in a miscarriage of justice. The ends of justice would best be served by the granting of the motion for continuance to ensure continuity of counsel and adequate trial preparation. The ends of justice outweigh the best interests of the public and the defendant in having the matter brought to trial sooner.

For these reasons, the Court finds the defendant's motion for continuance should be granted.

The pre-trial motions cutoff date presently scheduled for March 18, 2019 shall be stricken.

The pre-trial motions cutoff date shall be scheduled for July 2, 2019.

The pretrial conference presently scheduled for April 12, 2019 shall be stricken.

The pretrial conference shall be continued to July 26, 2019, at 8:30 a.m.

The trial date presently scheduled for April 22, 2019 shall be STRICKEN.

The trial date shall be scheduled for August 5, 2019.

The period of delay resulting from this continuance from the current trial date of April 22, 2019 to the new trial date of August 5, 2019, is hereby excluded for speedy trial purposes under 18 USC § 3161(h)(8)(A) and (B) for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 USC § 3161-3174.

/ / /

/ / /

/ / /

/ / /

Order on Defendant's Motion to Continue Pre-trial Motions
Cutoff and Trial Date - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

IT IS SO ORDERED.

DONE IN OPEN COURT this 19th day of March, 2019.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for defendant Condado-Carranza

By: /s/ *Lance M. Hester*
 WSB #27813

Order on Defendant's Motion to Continue Pre-trial Motions
Cutoff and Trial Date - 3

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157